STANLEY J. PAC, COMMISSIONER OF ENVIRONMENTAL PROTECTION *v.* ACME ELECTRO-PLATING, INC. (11237)

O'CONNELL, LAVERY and HEIMAN, Js.

Argued March 24—decision released April 13, 1993

*M. Donald Cardwell,* for the appellant (defendant).

*Janet P. Brooks,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Joseph Rubin,* assistant attorney general, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.